IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

KEITH DEMOND INGRAM,

   Petitioner,

    v.

WARDEN DREW,

   Respondent.

CIVIL ACTION FILE
NO. 1:13-CV-2147-TWT

## ORDER

This is a pro se habeas corpus action by a federal prisoner. It is before the Court on the Report and Recommendation [Doc. 2] of the Magistrate Judge recommending dismissing the Petition. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This Court lacks subject matter jurisdiction to review the Petitioner's sentence in a habeas corpus action after his direct appeal and 28 U. S. C. § 2255 action were denied. This action is DISMISSED.

SO ORDERED, this 20 day of December, 2013.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\13\Ingram\13cv2147\r&r.wpd